# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 25-2469

———————————————

Abel Aaron Nelson

*Plaintiff - Appellant*

v.

Referee Elizabeth A. Clysdale, in her official and individual capacities; Henson & Efron, P.A.; Lisa Spencer; Anne Haaland; State of Minnesota; Judge Thomas A. Gilligan, Jr., in his official and individual capacity; Minnesota Judicial Branch; Minnesota Department of Human Services--Child Support Division; Sarah Lynn Derry, formerly known as Sarah Nelson; Matthew Shore; Andrew Brower

*Defendants - Appellees*

———————————

Appeal from United States District Court
for the District of Minnesota

———————————

Submitted: February 3, 2026
Filed: February 6, 2026
[Unpublished]

———————————

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.

———————————

PER CURIAM.

Abel Nelson appeals following the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See Laclede Gas Co. v. St. Charles Cnty., 713 F.3d 413, 417 (8th Cir. 2013) (standard of review). Accordingly, we grant appellees' pending motion, and we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Laura M. Provinzino, United States District Judge for the District of Minnesota.